UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ISRAEL VALLE,

                Plaintiff,

    -against-                                                      MC-05-111 (DGT)

STATE OF NEW YORK,

                Defendant.
------------------------------------------------------X
ISRAEL VALLE,

                Plaintiff,

    -against-                                                        MC-05-113 (DGT)

UNITED STATES OF AMERICA; GEORGE
WALKER BUSH, STATE AND CITY
OF NEW YORK,

                Defendants.
------------------------------------------------------X

TRAGER, District Judge:

       By order dated April 23, 2004, this Court enjoined plaintiff from filing any new civil action, seeking *in forma pauperis* status, without obtaining prior leave of the court. See Valle v. State of New York, CV-04-665 (DGT). Plaintiff now seeks leave to file these two new actions. Plaintiff also requests *in forma pauperis* status, appointment of counsel, and a preliminary injunction and temporary restraining order.

       Plaintiff's request for leave to file these actions is DENIED. They are frivolous in that they lack any basis in either law or in fact. Plaintiff's other applications are denied as moot. The Clerk of Court shall enter this Order in the miscellaneous docket. The Court certifies pursuant to

1

28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
/s/ Jan 1, 2005

SO ORDERED.

_____
David G. Trager
United States District Judge

2

SENT TO:

Honorable Lois Bloom
United States Magistrate Judge

Israel Valle
119-23 145th Street
South Ozone Park, NY 11436-1525